33 So.2d 278

**Calvin JONES v. STATE.**

6 Div. 471.

Court of Appeals of Alabama.
Dec. 16, 1947.

. A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

33 So.2d 278

**Calvin JONES v. STATE.**

6 Div. 472.

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

33 So.2d 278

**Calvin JONES v. STATE.**

6 Div. 476.

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

32 So.2d 180

**Cleveland JONES v. STATE.**

6 Div. 393.

Court of Appeals of Alabama.
April 29, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

34 So.2d 869

**Elbert JONES v. STATE.**

8 Div. 604.

Court of Appeals of Alabama.
Feb. 3, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

29 So.2d 899

**George Henry JONES v. STATE.**

4 Div. 960.

Court of Appeals of Alabama.
Nov. 12, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.